**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
José L. Parra, SBN 318273
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants
COUNTY OF BUTTE and KORY L. HONEA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE; SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL LEE LOWE; NATHANIEL LEE LOWE DECEASED, through his Successor in Interest, SANDRA JEAN SUSNARA;<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff; ROBERT BURTON, Individually and in his official capacity as Warden of DVI; MARIANA DOMINGUEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC; WELLPATH HOLDINGS, INC; TAYLOR FITHIAN, M.D.; JOHN BAKER, M.D.; HEATHER BROOKS, LFMT; Corrections Staff and Supervisors,<br><br>            Defendants. | **Case No.: 2:20-cv-01997-JAM-DMC**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: October 5, 2020 |

*{02348229.DOCX}*                                1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs' and Defendants' COUNTY OF BUTTE and KORY L. HONEA, by and through their respective undersigned counsel that, pursuant to Local Rule 144(a), the time in which Defendants' COUNTY OF BUTTE and KORY L. HONEA may file a responsive pleading to Plaintiffs' Complaint previously due January 12, 2021, be extended 7 days, up to and including January 19, 2021.

Defendants' COUNTY OF BUTTE and KORY L. HONEA were previously provided with one initial extension. Counsel for Defendants' COUNTY OF BUTTE and KORY L. HONEA and Counsel for Plaintiffs have agreed that Defendants Counsel for Defendants' COUNTY OF BUTTE and KORY L. HONEA need more time to evaluate the points raised by Plaintiffs' Counsel in a response to a meet and confer on a potential motion to dismiss. Moreover, a seven (7) day extension provides the parties with the ability to determine if agreement can be made on the meet and confer points raised by Defendants' Counsel on a potential motion to dismiss. In effort to maintain the judicial economy of this Court, Defendants and Plaintiffs hereby seek this extension so as to narrow the scope of a potential motion to dismiss or to determine if a motion to dismiss is necessary.

DATED: January 12, 2021     LAW OFFICES OF CURD GALINDO & SMITH LLP

By     /s/ Alexis Galindo  (authorized 01/12/2021)
       Alexis Galindo
       Attorney for Plaintiffs'

Date: January 12, 2021           PORTER | SCOTT
                                 A PROFESSIONAL CORPORATION

                          By    /s/ Stephen Horan
                                Stephen E. Horan
                                José L. Parra
                                Attorneys for Defendants
                                COUNTY OF BUTTE and
                                KORY L. HONEA

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

Dated: January 12, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE