Xavier Becerra, State Bar No. 118517
Attorney General of California
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorney General
Kyle A. Lewis, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>                              Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BURTON AND DOMINGUEZ TO RESPOND TO COMPLAINT** |

Plaintiffs Nicole Lynn Lowe, et al., and Defendants R. Burton and M. Dominguez hereby stipulate and agree that the time in which Defendants Burton and Dominguez may file a responsive pleading to Plaintiffs' Complaint, previously due on January 19, 2021 by stipulation of the parties and operation of Federal Rule of Civil Procedure 6, be extended seven days, up to and including January 26, 2021.  The parties request that the Court grant this stipulation and permit Defendants to file a responsive pleading by that date.

Defendants Burton and Dominguez were previously provided with an extension to respond to the complaint under Local Rule 144(a).  (ECF No. 8.)  Defendants have reviewed that complaint and identified legal issues that could be the subject of a motion to dismiss and have

1

Stipulation and Order Extending Time Defs. Respond Compl.  (2:20-cv-01997-JAM-DMC)

approached Plaintiffs' counsel to discuss these matters.  But under the present responsive pleading deadline, the parties will not be able to complete meeting and confer regarding these issues, and possibly avoid the need for motions practice, before Defendants' response is due. Defendants and Plaintiffs agree that a seven-day extension provides the parties with the ability to determine if agreement can be made on potential issues identified by Defendants that could be the subject of a motion to dismiss.  The parties seek this extension to narrow the scope of a potential motion to dismiss or to determine if a motion to dismiss is necessary and thereby promote efficient use of the court's and the parties' resources.

Dated:  January 18, 2020

*/s/ Alexis Galindo* (as authorized on January 18, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated:  January 18, 2020

*/s/ Kyle A. Lewis*
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

### ORDER

Good cause appearing, the parties' stipulation is GRANTED.  Defendants Burton and Dominquez shall respond to Plaintiffs' complaint by January 26, 2021.

Dated: January 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

Stipulation and Order Extending Time Defs. Respond Compl.  (2:20-cv-01997-JAM-DMC)