XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BURTON AND DOMINGUEZ TO RESPOND TO COMPLAINT** |

Plaintiffs Nicole Lynn Lowe, et al., and Defendants R. Burton and M. Dominguez hereby stipulate and agree that the time in which Defendants Burton and Dominguez may file a responsive pleading to Plaintiffs' complaint, previously due on January 26, 2021 by stipulation of the parties and order of this Court (ECF No. 18), be extended until such time as the Court rules on Defendants County of Butte and Sheriff Honea's motion to dismiss (ECF No. 17), or after Plaintiffs file an amended complaint and the response is due in accordance with Federal Rules of Civil Procedure 12.  The parties request that the Court grant this stipulation and permit Defendants to file a responsive pleading when specified.

1

1  Defendants Burton and Dominguez previously received extensions to respond to the
2  complaint under Local Rule 144(a).  (ECF Nos. 8, 17.)  During that time, Defendants identified
3  legal issues that could be the subject of a motion to dismiss and met and conferred with Plaintiffs'
4  counsel regarding these issues.  These discussions were fruitful and Plaintiffs are considering the
5  issues raised by Defendants, including a possible amendment to the complaint.  Given the
6  pending County Defendants' motion to dismiss, Defendants Burton and Dominguez and Plaintiffs
7  are also mindful of burdening the court with an additional dispositive motion.  Accordingly, the
8  parties agree that extending the time for Defendants Burton and Rodriguez to respond to the
9  complaint in lieu of filing a motion to dismiss until the County Defendants' motion is resolved
10 and/or an amended complaint is filed will preserve the Court's and the parties' resources at this
11 time and foster greater efficiency at this early stage of the litigation.

Dated:  January 26, 2021

/s/ Alexis Galindo (as authorized on January 26, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated:  January 26, 2021

/s/ Kyle A. Lewis
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants
R. Burton and M. Dominguez*

2

Stipulation and Order Extending Time Defs. Respond Compl.  (2:20-cv-01997-JAM-DMC)

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED. The time for Defendants Burton and Dominquez to respond to Plaintiffs' complaint is extended until after the Court rules on Defendants County of Butte and Sheriff Honea's motion to dismiss (ECF No. 17), or after Plaintiffs file an amended complaint and the response is due in accordance with Federal Rules of Civil Procedure 12.

DATED:  January 26, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

3

Stipulation and Order Extending Time Defs. Respond Compl.  (2:20-cv-01997-JAM-DMC)