JEROME M. VARANINI, ESQ. (SBN 58531)
THE LAW OFFICES OF JEROME M. VARANINI
641 FULTON AVENUE, Suite 200
SACRAMENTO, CA (95825)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 993-4868

Attorney For Defendants
John Baker, M.D., Heather Brooks.
California Forensic Medical Group, Inc.,
And wellpath Management, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE; SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL LEE LOWE, et al<br>　　Plaintiffs,<br>vs.<br>COUNTY OF BUTTE, through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff, et al<br>　　Defendants.<br>_____/ | CASE NO. 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND WELLPATH HOLDINGS, INC. TO RESPOND TO COMPLAINT** |

　　Plaintiffs Nicole Lynn Lowe, et al., and Defendants California Forensic Medical Group, Inc., and Wellpath Holdings, Inc., hereby stipulate and agree that the time in which Defendants California Forensic Medical Group, Inc., and Wellpath Holdings, Inc., may file responsive pleadings to Plaintiffs' Complaint, currently due on February 16, 2021, by stipulation of the parties and order of this Court (ECF No. 18),be extended until such time as the Court rules on Defendants County of Butte and Sheriff Honeas's motion to dismiss (ECF

1

No. 17), or after Plaintiffs file an amended complaint and the response are due in accordance with Federal rules of Civil Procedure 12. The parties request that the court grant this stipulation and permit Defendants to file a responsive pleading when specified. Given the pending County Defendants' motion to dismiss, Defendants, herein, and Plaintiffs are mindful of burdening the court with an additional motions. The parties to this Stipulation agree that extending time for Defendants California Forensic Medical Group, Inc., and Wellpath Holdings, Inc., to respond to the complaint in lieu of filing motions until the County defendants' motion is resolved and/or an amended complaint is filed will preserve the Court's and the Parties' resources at this time and foster greater efficiency at this early stage of the litigation.

Dated: February 9, 2021  */s/ Alexis Galindo* (as authorized on February 9, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated: February 9, 2021  */s/ Jerome M. Varanini*
Law Office of Jerome M. Varanini
Attorneys for Defendants
California Forensic Medical Group, Inc.,and Wellpath Holdings, Inc.

Stipulation and [Proposed] Order Extending Time to Respond

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED. The time for Defendants California Forensic Medical Group, Inc., and Wellpath holdings, Inc., to respond to Plaintiffs' complaint is extended until after the Court rules on Defendants County of Butte and Sheriff Honea's motion to dismiss (ECF No. 17), or after Plaintiffs file an amended complaint and the response is due in accordance with Federal Rules of Civil Procedure 12.

DATED: February 11, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Extending Time to Respond

1