Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Kyle A. Lewis, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BURTON AND DOMINGUEZ TO RESPOND TO FIRST AMENDED COMPLAINT** |

   Plaintiffs Nicole Lynn Lowe, et al., and Defendants R. Burton and M. Dominguez hereby stipulate and agree that the time in which Defendants Burton and Dominguez may file a responsive pleading to Plaintiffs' First Amended Complaint, presently due on June 16, 2021 by order of this Court (ECF No. 33), be extended by 15 days, until July 1, 2021.  The parties request that the Court grant this stipulation and permit Defendants to file a responsive pleading by that date, if necessary.

   Following the Court's ruling on a motion to dismiss the initial complaint, Plaintiffs filed a First Amended Complaint on May 27, 2021.  (ECF No. 34.)  Since that time, Defendants Burton and Dominquez have reviewed the various claims against them and identified issues that may be

1

Stipulation and Order Extending Time Defs. Respond First Am. Compl.  (2:20-cv-01997-JAM-DMC)

the subject of a dispositive motion.  But, as further explained in the supporting declaration of Defendants' counsel, counsel has been heavily engaged in litigation activity in other matters over the past three weeks, and has not been able to fully analyze the issues and complete a thorough meet and confer with Plaintiff's counsel regarding potential deficiencies concerning the claims specific to Defendants' alleged conduct.  Counsel have agreed to meet and confer further this week, and Defendants hope to resolve some of the identified issues that will not require a dispositive motion, or at the least, foster greater efficiency at this early stage of the litigation.

Dated:  June 15, 2021

/s/ *Alexis Galindo* (as authorized on June 15, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated:  June 15, 2021

/s/ *Kyle A. Lewis*
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

2

Stipulation and Order Extending Time Defs. Respond First Am. Compl.  (2:20-cv-01997-JAM-DMC)

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED. The time for Defendants Burton and Dominquez to respond to Plaintiffs' First Amended Complaint is extended by 15 days until July 1, 2021.

DATED: June 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

Stipulation and Order Extending Time Defs. Respond First Am. Compl.  (2:20-cv-01997-JAM-DMC)