ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3585
 Fax: (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BURTON AND DOMINGUEZ TO RESPOND TO FIRST AMENDED COMPLAINT FOLLOWING MEET AND CONFER** |

Plaintiffs Nicole Lynn Lowe, et al., and Defendants R. Burton and M. Dominguez hereby stipulate and agree that, due to an unexpected personal matter that will delay the parties' meet and confer efforts, the time in which these Defendants may file a responsive pleading to Plaintiffs' First Amended Complaint, presently due on July 1, 2021 by order of this Court (ECF No. 40), be extended by 20 days, until July 21, 2021. The parties request that the Court grant this stipulation and permit Defendants to respond to the First Amended Complaint by that date, if necessary.

Following the Court's ruling on a motion to dismiss the initial complaint, Plaintiffs filed a First Amended Complaint on May 27, 2021. (ECF No. 34.) Due to Defendants Burton and Dominguez's counsel's work on other matters, Defendants and Plaintiffs requested additional

1

Stip. & Order Extend. Time Defs. Respond First Am. Compl. After Meet & Confer (2:20-cv-01997-JAM-DMC)

time so that the parties could meet and confer regarding issues that Defendants had identified as the subject of a possible motion to dismiss. (ECF No. 39.) After the Court granted that request, the parties had a meaningful discussion regarding the amended complaint and other issues in the case on June 24. Defendants' counsel thereafter sent correspondence to Plaintiffs' counsel regarding potential deficiencies in the complaint and invited further discussion on issues in the interests of avoiding motions work. Unfortunately, Plaintiffs' counsel had a death in the family over the past weekend and has not been able to review Defendants' correspondence or formulate a response to the issues raised. Counsel agree that these issues should be discussed further, and given the family matter that must be addressed by Plaintiffs' counsel in the immediate future, an extension of 20 days for Defendants to respond to the amended complaint is warranted so that counsel can assess and possibly resolve some of the identified issues short of motions work. The parties anticipate that this will be the final extension for Defendants Burton and Dominguez to respond to the complaint.

Dated: June 30, 2021

/s/ *Alexis Galindo* (as authorized on June 30, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated: June 30, 2021

/s/ *Kyle A. Lewis*
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED. The time for Defendants Burton and Dominquez to respond to Plaintiffs' First Amended Complaint is extended by 20 days until July 21, 2021.

DATED: July 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

Stip. & Order Extend. Time Defs. Respond First Am. Compl. After Meet & Confer (2:20-cv-01997-JAM-DMC)