
1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
3 | KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
4 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
5 |  Telephone: (415) 510-3585
 Fax: (415) 703-5843
6 |  E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
7 | *R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Nicole Lynn Lowe, et al. (Plaintiffs), and Defendants R. Burton and M. Dominguez (State Defendants) hereby stipulate and agree that, following the parties' meet and confer efforts, Plaintiffs may amend their complaint to address issues discussed concerning claims against the State Defendants within twenty days of the Court's order approving this stipulation.  The parties request that the Court grant Plaintiffs leave to file a Second Amended Complaint, after which the State Defendants will respond to that pleading.

Following the Court's ruling on a motion to dismiss the initial complaint, Plaintiffs filed a First Amended Complaint on May 27, 2021.  (ECF No. 34.)  Since that time, Plaintiffs and the State Defendants have engaged in a series of discussions and correspondence regarding issues in

1

Stipulation & Order Granting Leave Plaintiffs File Second Am. Compl.  (2:20-cv-01997-JAM-DMC)

the complaint that could be the subject of a motion to dismiss. The parties agree that a further amendment to the complaint could resolve some of the deficiencies identified by the State Defendants and hope to continue discussions to further clarify the claims against those Defendants. The parties believe that a further amendment will preserve the Court's and the parties' resources and provide a better understanding of the issues in the case when it moves into the discovery phase of litigation.

Dated: July 20, 2021

/s/ *Alexis Galindo* (as authorized on July 20, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated: July 20, 2021

/s/ *Kyle A. Lewis*
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

2

Stipulation & Order Granting Leave Plaintiffs File Second Am. Compl.  (2:20-cv-01997-JAM-DMC)

**ORDER**

The Court has reviewed the parties' stipulation, and good cause appearing, Plaintiffs are GRANTED leave to further amend the complaint addressing deficiencies in the claims against Defendants Burton and Dominguez. Plaintiffs shall file a Second Amended Complaint within twenty days of the date of this order. Defendants Burton and Dominquez shall respond to Plaintiffs' Second Amended Complaint within twenty days of the filing of that amendment.

Dated: July 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation & Order Granting Leave Plaintiffs File Second Am. Compl.  (2:20-cv-01997-JAM-DMC)