ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS BURTON AND DOMINGUEZ TO RESPOND TO SECOND AMENDED COMPLAINT FOLLOWING MEET AND CONFER** |

   Plaintiffs Nicole Lynn Lowe, et al., and Defendants R. Burton and M. Dominguez hereby stipulate and agree that, due to the need for additional time for the parties to discuss issues identified in Plaintiffs' Second Amended Complaint, the time in which these Defendants may file a responsive pleading to the Second Amended Complaint, presently due on August 24, 2021, be extended by 20 days, until September 13, 2021.  The parties request that the Court grant this stipulation and permit Defendants to respond to the Second Amended Complaint by that date.

   Following the Court's ruling on a motion to dismiss the initial complaint, Plaintiffs filed a First Amended Complaint on May 27, 2021.  (ECF No. 34.)  After productive conferences among counsel for Plaintiffs and Defendants Burton and Dominguez regarding issues in the complaint,

1

Stip. & Order Extend. Time Defs. Respond Sec. Am. Compl.  (2:20-cv-01997-JAM-DMC)

Plaintiffs filed a Second Amended Complaint on August 4, 2021.  (ECF No. 48.)  Since that time, Defendants' counsel has identified deficiencies in the Second Amended Complaint that could be the subject of a motion to dismiss, but counsel was ordered to military reserve duty and was unable to effectively meet and confer with Plaintiffs' counsel before the present response due date.  Based on current discussions, counsel believe that further communication regarding the remaining potential deficiencies in the Second Amended Complaint is warranted and could avoid motions work altogether.  Given these ongoing positive discussions and Defendants' counsel's availability, an extension of 20 days will allow the parties to speak further and possibly resolve some of the identified issues so that Defendants can appropriately respond to the Second Amended Complaint in a manner that best preserves the Court's and the parties' time and resources.

Dated:  August 24, 2021

*/s/ Alexis Galindo* (as authorized on August 24, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated:  August 24, 2021

*/s/ Kyle A. Lewis*
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

SF2020401774
42838556.docx

2

Stip. & Order Extend. Time Defs. Respond Sec. Am. Compl.  (2:20-cv-01997-JAM-DMC)

**ORDER**

Good cause appearing, the parties' stipulation is **GRANTED**. The time for Defendants Burton and Dominquez to respond to Plaintiffs' Second Amended Complaint is **EXTENDED** by 20 days until **September 13, 2021**.

Dated:  August 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

Stip. & Order Extend. Time Defs. Respond Sec. Am. Compl.  (2:20-cv-01997-JAM-DMC)