Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Kyle A. Lewis, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>                              Defendants. | Case No. 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT** |

   Plaintiffs Nicole Lynn Lowe, et al. (Plaintiffs), and Defendants R. Burton and M. Dominguez (State Defendants) hereby stipulate and agree that, following the parties' meet and confer efforts, Plaintiffs may amend their complaint to address issues discussed concerning claims against the State Defendants within twenty days of the Court's order approving this stipulation.  The parties request that the Court grant Plaintiffs leave to file a Third Amended Complaint, after which the State Defendants will respond to that pleading.

   Following the Court's ruling on a motion to dismiss the initial complaint, Plaintiffs filed a First Amended Complaint on May 27, 2021.  (ECF No. 34.)  Following discussions among counsel and with the Court's permission, Plaintiffs filed a Second Amended Complaint on August

1

Stip. & Order Granting Leave Plaintiffs File Third Am. Compl.  (2:20-cv-01997-JAM-DMC)

4, 2021.  (ECF No. 48.)  Since that time, Plaintiffs and the State Defendants have engaged in a series of discussions and correspondence regarding issues in the operative complaint that could be the subject of a motion to dismiss.  The parties agree that a further amendment to the complaint could resolve some of the deficiencies identified by the State Defendants.  The parties believe that a further amendment will preserve the Court's and the parties' resources and provide a better understanding of the issues in the case when it moves into the discovery phase of litigation.

Dated:  September 13, 2021

/s/ Alexis Galindo (as authorized on September 13, 2021)
CURD GALINDO & SMITH LLP
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated:  September 13, 2021

/s/ Kyle A. Lewis
OFFICE OF THE ATTORNEY GENERAL
KYLE A. LEWIS
Deputy Attorney General
*Attorneys for Defendants*
*R. Burton and M. Dominguez*

2

Stip. & Order Granting Leave Plaintiffs File Third Am. Compl.  (2:20-cv-01997-JAM-DMC)

# ORDER

The Court has reviewed the parties' stipulation, and good cause appearing, Plaintiffs are GRANTED leave to further amend the complaint addressing deficiencies in the claims against Defendants Burton and Dominguez.  Plaintiffs shall file a Third Amended Complaint within twenty days of the date of this order.  Defendants Burton and Dominquez shall respond to Plaintiffs' Third Amended Complaint within twenty days of the filing of that amendment.

Dated:  September 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

SF2020401774
42865419.docx

3

Stip. & Order Granting Leave Plaintiffs File Third Am. Compl.  (2:20-cv-01997-JAM-DMC)