ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:   (562) 624-1178
Email:agalindo@cgsattys.com

<u>Attorneys for Plaintiffs</u>
Nicole Lynn Lowe; Brant I. Lowe. Sandra Jean Susnara; Individually and as Successor in Interest of Nathaniel Lee Lowe; Nathaniel Lee Lowe, Deceased through his Successor in Interest, Sandra Jean Susnara.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,** | CASE NO.: 2:20-cv-01997-JAM-DMC |
| Plaintiffs, | **ORDER** |
| v. | **Re: Scheduling Order** |
| **COUNTY OF BUTTE, et al.,** | **Action Filed: October 5, 2020** |
| Defendants. | |

# ORDER

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

| | |
|---|---|
| Discovery Cutoff Date: | 2/17/2023; |
| Disclosure of Expert(s) Deadline: | 12/16/2022; |
| Supplemental Disclosure Deadline: | 1/3/2023; |
| Dispositive Motion Filing Deadline: | 4/7/2023; |
| Dispositive Motion Hearing: | 6/6/2023 at 1:30 PM; |
| Joint Mid-Litigation Statement Filing Deadline: | |
| Fourteen (14) days prior to the close of discovery; | |
| Final Pretrial Conference: | 8/25/2023 at 10:00 AM; and |
| Jury/Bench Trial | 10/2/2023 at 9:00 AM. |

IT IS SO ORDERED.

DATED: September 13, 2022    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE