**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants
COUNTY OF BUTTE and KORY L. HONEA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

### UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE· SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL LEE LOWE; NATHANIEL LEE LOWE DECEASED, through his Successor in Interest, SANDRA JEAN SUSNARA;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff; ROBERT BURTON, Individually and in his official capacity as Warden of DVI; MARIANA DOMINGUEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC; WELLPATH HOLDINGS, INC; TAYLOR FITHIAN, M.D.; JOHN BAKER, M.D.; HEATHER BROOKS, LFMT; Corrections Staff and Supervisors,<br><br>Defendants. | Case No.: 2:20-cv-01997-JAM-DMC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF INDVIDUAL COUNTY DEFENDANTS, WITH LEAVE TO AMEND**<br><br>Complaint Filed: 10/05/2020<br>First Amended Complaint Filed: 05/27/2021 |

*{02794880.DOCX}* 1

**JOINT STIPULATION FOR DISMISSAL OF NEWLY ADDED DEFENDANTS, WITH LEAVE TO AMEND**

IT IS HEREBY STIPULATED by and between the parties hereto that the following individuals named in the Third Amended Complaint shall be dismissed therefrom without prejudice: Sergeant Parker, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, and Deputy Tauscher. Additionally, Sheriff Kory L. Honea is dismissed in his official capacity with prejudice.

The parties by and through their counsel further agree that Plaintiffs may amend their First Amended Complaint to name any one or more of the above-listed individuals, in the event that discovery establishes reasonable cause to do so.

Date: September 14, 2022          PORTER | SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By */S/ Alison J. Southard*
                                      David R. Norton
                                      Alison J. Southard
                                      Attorneys for Defendants


Date: September 6, 2022           CURD GALINDO & SMITH LLP


                                  By
                                      Alexis Galindo

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the following individuals shall be dismissed from this action without prejudice: Sergeant Parker, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, and Deputy Tauscher. Additionally, Sheriff Kory L. Honea is dismissed in his official capacity with prejudice.

Date: September 15, 2022 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE