ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone: (562) 624-1177
Facsimile:  (562) 624-1178
Email:agalindo@cgsattys.com

Attorneys for Plaintiffs
Nicole Lynn Lowe; Brant I. Lowe. Sandra Jean Susnara; Individually and as Successor in Interest of Nathaniel Lee Lowe; Nathaniel Lee Lowe, Deceased through his Successor in Interest, Sandra Jean Susnara.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | CASE NO.: 2:20-cv-01997-JAM-DMC<br><br>**ORDER**<br><br>**Re: Scheduling Order**<br><br>**Action Filed: October 5, 2020** |

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

    Expert Disclosure:                                           01/16/2023

    Supplemental Expert Disclosure:                  02/03/2023

| | |
|---|---|
| All Discovery Cutoff: | 03/10/2023 |
| Pretrial Dispo Motion Filing Deadline: | 04/21/2023 |

IT IS SO ORDERED.

DATED: November 22, 2022        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE