**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: bstephens@porterscott.com

Attorneys for Defendants, COUNTY OF BUTTE and KORY L. HONEA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE· SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL' LEE LOWE; NATHANIEL LEE LOWE DECEASED, through his Successor in Interest, SANDRA JEAN SUSNARA;<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff; ROBERT BURTON, Individually and in his official capacity as Warden of DVI; MARIANA DOMINGUEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC; WELLPATH HOLDINGS, INC; TAYLOR FITHIAN, M.D.; JOHN BAKER, M.D.; HEATHER BROOKS, LFMT; Corrections Staff and Supervisors,<br><br>    Defendants.<br>_____/ | Case No.: 2:20-cv-01997-JAM-DMC<br><br><br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**<br><br><br><br><br><br>Complaint Filed: 10/05/2020<br>First Amended Complaint Filed: 05/27/2021<br>Second Amended Complaint Filed: 08/04/2021<br>Third Amended Complaint Filed: 09/21/2021<br>Trial: 10/02/2023 |

*{02893362.DOCX}* 1

**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves a wrongful death/civil rights action against Defendants Butte County, Lt. Jarrod Agurkis, Sgt. Douglas Brownfield, Sheriff Kory Honea, California Department of Corrections and Rehabilitation, and California Forensic Medical Group. The Parties filed a Joint Status Report on January 26, 2021 (ECF No. 21). After various motions, on October 12, 2021, the Court ordered the parties to file a second Joint Status Report. (ECF No. 55.) On October 26, 2021, the parties filed a Supplemental Joint Status Report. (ECF No. 56).

2. On October 27, 2021, the Court issued a Pretrial Scheduling Order. (ECF No. 57). The Court modified the Order on January 18, 2022. (ECF No. 62).

3. The parties have undertaken preliminary written discovery and jointly the parties have produced over 4,000 pages of documents.

4. The Parties jointly drafted a Proposed Protective Order which was signed and lodged by the court on January 13, 2022. (ECF No. 61).

5. The pandemic has significantly delayed the written discovery and coordinating depositions has been difficult. On January 9, 2022, the CDCR began a statewide-modified program in order to reduce staff and the incarcerated populations' exposure to COVID-19. The subject facility DVI was closed which made the document production more difficult. On June 28, 2022, the CDCR defendants produced their documents. More depositions need to be taken to allow the parties' experts to fully evaluate the issues in the case.

6. The parties seek to modify the expert disclosure dates in the current Pretrial Scheduling Order as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Expert Disclosure: | 1/16/2023 | 02/06/2023 |
| Supplemental Expert Disclosure: | 02/03/2022 | 02/24/2023 |
| Discovery Cutoff Date: | 03/10/2023 | 03/31/2023 |

All other dates in the present Scheduling Order will remain the same.

| | | |
|---|---|---|
| 1 | DATED:  January 6, 2023 | **CURD, GALINDO & SMITH, LLP** |
| 2 | | |
| 3 | | By:  */S/ Alexis Galindo (As Approved on 1/6/23)* |
| 4 | | Alexis Galindo<br>Attorneys for Plaintiffs |

DATED: January 6. 2023        **PORTER | SCOTT APC**

By:  */S/ Alison J. Southard*
Alison J. Southard
Attorneys for Defendants
Butte County and Kory L. Honea, LT.
Jarrod Agurkis, Douglas Brownfield

DATED: January 6, 2023        **LAW OFFICES OF JEROME M. VARANINI**

By:   */S/ Jerome M. Varanini (As Approved on 1/6/23)*
Jerome M. Varanini
Attorney For Defendants
John Baker, M.D., Heather Brooks,
Wellpath Holdings, Inc., and
California Forensic Medical Group

DATED:  January 6, 2023        ROB BONTA
Attorney General of California
JOSEPH WHEELER
Supervising Deputy Attorney General

By:  */S/ Kyle Lewis (As Approved on 1/6/23)*
Kyle Lewis
Deputy Attorney General
Attorney for Defendants
Burton and Dominguez

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified as follows:

| | |
|---|---|
| Expert Disclosure: | 02/06/2023 |
| Supplemental Expert Disclosure: | 02/24/2023 |
| Discovery Cutoff Date: | 03/31/2023 |

IT IS SO ORDERED.

DATED: January 6, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE