ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN J. ZALESNY, State Bar No. 281999
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6085
  Fax:  (916) 761-3641
  E-mail:  Ryan.Zalesny@doj.ca.gov
*Attorneys for Defendants M. Dominguez and R. Burton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>                              Defendants. | 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>Action Filed:   October 5, 2020 |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record as follows:

   1.   This litigation involves a wrongful death/civil rights action against Defendants Butte County, Lt. Jarrod Agurkis, Sgt. Douglas Brownfield, Sheriff Kory Honea, California Department of Corrections and Rehabilitation, and California Forensic Medical Group.  The Parties filed a Joint Status Report on January 26, 2021.  (ECF No. 21).  After various motions, on October 12, 2021, the Court ordered the parties to file a second Joint Status Report.  (ECF No. 55.)  On October 26, 2021, the parties filed a Supplemental Joint Status Report.  (ECF No. 56).

   2.   On October 27, 2021, the Court issued a Pretrial Scheduling Order.  (ECF No. 57.) The Court modified that Order on January 18, 2022.  (ECF No. 62.)

3. The parties have undertaken preliminary written discovery and jointly the parties have produced over 4,000 pages of documents. The parties have taken a total of thirteen depositions of fact witnesses to date.

4. The Parties jointly drafted a Proposed Protective Order which was signed and lodged by the court on January 13, 2022. (ECF No. 61).

5. The pandemic has significantly delayed the written discovery and coordinating of depositions has been difficult. On January 9, 2022, the CDCR began a statewide modified program in order to reduce staff and the incarcerated populations' exposure to COVID-19. The subject facility DVI was closed, which made document production more difficult. On June 28, 2022, the CDCR defendants produced voluminous documents. Since that time, the parties have engaged in further written discovery, as well as multiple depositions. The parties intend to take further depositions and the CDCR defendants intend to supplement their discovery responses. These further discovery activities will allow the parties to more fully evaluate the case, efficiently conduct expert discovery, and prepare appropriate dispositive motions. But additional time is needed to complete these activities given the current schedule.

6. Accordingly he parties seek to modify the expert disclosure deadlines, which necessitates also modifying the discovery cutoff, dispositive-motions filing deadline, and dispositive-motions hearing as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Expert Disclosure: | 02/06/2023 | 03/03/2023 |
| Supplemental Expert Disclosure: | 02/24/2023 | 03/17/2023 |
| Discovery Cutoff Date: | 03/31/2023 | 04/21/2023 |
| Dispositive-Motions Filing Deadline: | 04/21/2023 | 05/05/2023 |
| Dispositive-Motions Hearing: | 06/6/2023 | 06/27/2023 at 1:30 PM |

All other dates in the Scheduling Order will remain the same.

| | | |
|---|---|---|
| 1 | Dated: February 2, 2023 | ROB BONTA |
| 2 | | Attorney General of California |
| | | JAY M. GOLDMAN |
| 3 | | Supervising Deputy Attorney General |

/s/ Kyle A. Lewis
KYLE A. LEWIS
Supervising Deputy Attorney General
*Attorneys for Defendants M. Dominguez and R. Burton*

Dated: February 2, 2023            CURD, GALINDO & SMITH, LLP

/s/ Alexis Galindo
ALEXIS GALINDO
*Attorneys for Plaintiffs*

Dated: February 2, 2023            PORTER SCOTT APC

/s/ Alison J. Southard
ALISON J. SOUTHARD
*Attorneys for Defendants Butte County and Kory L. Honea, Lt. Jarrod Agurkis, Douglas Brownfield*

Dated: February 2, 2023            LAW OFFICES OF JEROME M. VARANINI

/s/ Jerome M. Varanini
JEROME M. VARANINI
*Attorneys for Defendants John Baker, M.D., Heather Brooks, Wellpath Holdings, Inc., and California Forensic Medical Group*

SF2020401774
43560890

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Expert Disclosure: | 02/06/2023 | 03/03/2023 |
| Supplemental Expert Disclosure: | 02/24/2023 | 03/17/2023 |
| Discovery Cutoff Date: | 03/31/2023 | 04/21/2023 |
| Dispositive-Motions Filing Deadline: | 04/21/2023 | 05/05/2023 |
| Dispositive-Motions Hearing: | 06/06/2023 | 06/27/2023 at 1:30 PM |

All other dates in the Scheduling Order will remain the same.

IT IS SO ORDERED.

Dated:  February 2, 2023        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE