**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: bstephens@porterscott.com

Attorneys for Defendants COUNTY OF BUTTE and KORY L. HONEA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE; SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL' LEE LOWE; NATHANIEL LEE LOWE DECEASED, through his Successor in Interest, SANDRA JEAN SUSNARA;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff; ROBERT BURTON, Individually and in his official capacity as Warden of DVI; MARIANA DOMINGUEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC; WELLPATH HOLDINGS, INC; TAYLOR FITHIAN, M.D.; JOHN BAKER, M.D.; HEATHER BROOKS, LFMT; Corrections Staff and Supervisors,<br><br>Defendants.<br>_____/ | Case No.: 2:20-cv-01997-JAM-DMC<br><br>**AMENDED STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**<br><br><br><br>Complaint Filed: 10/05/2020<br>First Amended Complaint Filed: 05/27/2021<br>Second Amended Complaint Filed: 08/04/2021<br>Third Amended Complaint Filed: 09/21/2021<br>Trial: 10/02/2023 |

{4868-3945-5838}                                1
**AMENDED STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves a wrongful death/civil rights action against Defendants Butte County, Lt. Jarrod Agurkis, Sgt. Douglas Brownfield, Sheriff Kory Honea, Deuel Vocation Institution Warden Robert Burton and Clinical Psychologist Mariana Dominguez, and California Forensic Medical Group.  The Parties filed a Joint Status Report on January 26, 2021 (ECF No. 21). After various motions, on October 12, 2021, the Court ordered the parties to file a second Joint Status Report. (ECF No. 55.) On October 26, 2021, the parties filed a Supplemental Joint Status Report. (ECF No. 56).

2. On October 27, 2021, the Court issued a Pretrial Scheduling Order. (ECF No. 57). The Court modified the Order on January 18, 2022.  (ECF No. 62).

3. The parties have undertaken preliminary written discovery and jointly the parties have produced over 4,000 pages of documents.

4. The Parties jointly drafted a Proposed Protective Order which was signed and lodged by the court on January 13, 2022. (ECF No. 61).

5. The pandemic has significantly delayed the written discovery and coordinating depositions has been difficult. On January 9, 2022, the California Department of Corrections and Rehabilitation ("CDCR") began a statewide-modified program in order to reduce staff and the incarcerated populations' exposure to COVID-19.  The subject facility DVI was closed which made the document production more difficult.  On June 28, 2022, the CDCR defendants produced their documents.

6. On March 3, 2023, the parties disclosed a total of six experts in this case. The parties have already completed three expert depositions and are working to schedule the remaining depositions. One of the experts in the case is not available for deposition until July 2023.

7. Further, the CDCR Defendants recently supplemented their initial disclosures to include five additional witnesses, who may have information relevant to this case. The parties are also working to notice the depositions of the recently-disclosed witnesses.

8. Given the foregoing, the parties need to modify the scheduling order to complete expert and fact discovery in this case.

/ / /

The parties seek to modify the current Pretrial Scheduling Order as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Discovery Cutoff Date: | 4/21/2023 | 7/14/2023 |
| Dispositive Motion Filing Deadline: | 5/5/2023 | 9/8/2023 |
| Dispositive Motions Hearing: | 6/27/2023 | 11/14/2023 |
|  | At 1:30 p.m. | At 1:30 p.m. |
| Final Pretrial Conference: | 8/25/2023 | 1/26/2024 |
|  | At 10:00 a.m. | At 11:00 a.m. |
| Jury/Bench Trial: | 10/2/2023 | 3/4/2024 |
|  | At 9:00 a.m. | At 9:00 a.m. |

All other dates in the present Scheduling Order will remain the same.

Dated: April 19, 2023

PORTER | SCOTT
A PROFESSIONAL CORPORATION

By:   */s/ Alison J. Southard*
      David R. Norton
      Alison J. Southard
      Attorneys for Defendants

Dated: April 18, 2023

CURD, GALINDO & SMITH, LLP

By:   */s/ Alexis Galindo (as authorized on 4/18/23)*
      Alexis Galindo
      Attorney for Plaintiff

Dated: April 18, 2023

LAW OFFICES OF JEROME M. VARANINI

By:   */s/ Jerome M. Varanini (as authorized on 4/18/23)*
      Jerome M. Varanini
      Attorney For Defendants
      John Baker, M.D., Heather Brooks,
      Wellpath Holdings, Inc., and
      California Forensic Medical Group

| | |
|---|---|
| Dated: April 18, 2023 | ROB BONTA<br>Attorney General of California<br>JOSEPH WHEELER<br>Supervising Deputy Attorney General<br><br>By:   /s/ Kyle Lewis (as authorized on 4/18/23)<br>        Kyle Lewis<br>        Supervising Deputy Attorney General<br>        Attorney for Defendants<br>        R. Burton and M. Dominguez |

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Discovery Cutoff Date: | 4/21/2023 | **7/14/2023** |
| Dispositive Motion Filing Deadline: | 5/5/2023 | **9/08/2023** |
| Dispositive Motions Hearing: | 6/27/2023 At 1:30 p.m. | **11/14/2023, at 1:30 PM** |
| Final Pretrial Conference: | 8/25/2023 At 10:00 a.m. | **1/26/2024, at <u>11:00 AM</u>** |
| Jury/Bench Trial: | 10/2/2023 At 9:00 a.m. | **3/4/2024, at 09:00 AM** |

All other dates in the present Scheduling Order will remain the same.

**IT IS SO ORDERED.**

Dated: April 19, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE