**P O R T E R  |  S C O T T**

A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
bstephens@buttecounty.net

Attorneys for Defendants COUNTY OF BUTTE, KORY L. HONEA, LT. JARROD AGURKIS, and SGT. DOUGLAS BROWNFIELD (erroneously sued as "Deputy Brownfield")

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE LYNN LOWE; BRANT I. LOWE· SANDRA JEAN SUSNARA, individually and as Successor in Interest of NATHANIEL LEE LOWE; NATHANIEL LEE LOWE DECEASED, through his Successor in Interest, SANDRA JEAN SUSNARA;<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE through its Dept of Probation and Sheriff's Dept; KORY L. HONEA, Individually and in his official capacity as Butte County Sheriff; ROBERT BURTON, Individually and in his official capacity as Warden of DVI; MARIANA DOMINGUEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC; WELLPATH HOLDINGS, INC; TAYLOR FITHIAN, M.D.; JOHN BAKER, M.D.; HEATHER BROOKS, LFMT; Corrections Staff and Supervisors,<br><br>            Defendants.<br>_____/ | Case No.: **2:20-cv-01997-JAM-DMC**<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIRST CLAIM AGAINST DEFENDANT COUNTY OF BUTTE; FOURTH AND SEVENTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; PLAINTIFF SANDRA SUSNARA'S FIRST, SECOND, THIRD, SIXTH, AND EIGHTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; AND ORDER**<br><br>Complaint Filed: 10/05/2020<br>First Amended Complaint Filed: 05/27/2021<br>Second Amended Complaint Filed: 08/04/2021<br>Third Amended Complaint Filed: 09/21/2021<br>Trial: 03/04/2024 |

{4867-3574-2333}                                                1
STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIRST CLAIM AGAINST DEFENDANT COUNTY OF BUTTE; FOURTH AND SEVENTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; PLAINTIFF SANDRA SUSNARA'S FIRST, SECOND, THIRD, SIXTH, AND EIGHTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; AND ORDER

Having met and conferred prior to Defendant COUNTY OF BUTTE filing its motion for summary judgment, IT IS HEREBY STIPULATED by and between Plaintiffs Sandra Susnara, Brant Lowe, and Nicole Lowe ("Plaintiffs") and Defendants County of Butte ("the County"), Sheriff Kory L. Honea, Lt. Jarrod Agurkis, and Sgt. Douglas Brownfield (erroneously sued as "Deputy Brownfield") through their counsel of record:

1.   Plaintiffs' First Cause of Action for Deliberate Indifference to Serious Medical Needs, Health and Safety against the County is dismissed from Plaintiffs' Third Amended Complaint with prejudice;

2.   Plaintiffs' Fourth Cause of Action for Violation of Title II—ADA, Rehabilitation Act and the California Unruh Act against the County is dismissed from Plaintiffs' Third Amended Complaint with prejudice;

3.   Plaintiffs' Seventh Cause of Action for Medical Negligence-Wrongful Death against the County is dismissed from Plaintiffs' Third Amended Complaint with prejudice; and

4.   Plaintiff Sandra Susnara's individual claims against the County, Sheriff Honea, Lt. Agurkis, and Sgt. Brownfield —as pled in the First, Second, Third, Sixth, and Eighth Causes of action—are dismissed from Plaintiffs' Third Amended Complaint with prejudice.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIRST CLAIM AGAINST DEFENDANT COUNTY OF BUTTE; FOURTH AND SEVENTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; PLAINTIFF SANDRA SUSNARA'S FIRST, SECOND, THIRD, SIXTH, AND EIGHTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; AND ORDER**

| | |
|---|---|
| Date: September 6, 2023 | PORTER \| SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By  /s/ Alison J. Southard<br>     David R. Norton<br>     Alison J. Southard<br>     Attorneys for Defendants<br>     COUNTY OF BUTTE, KORY L. HONEA, LT.<br>     JARROD AGURKIS, and SGT. DOUGLAS<br>     BROWNFIELD |
| Dated: August 31, 2023 | CURD, GALINDO & SMITH, LLP<br><br>By   /s/ Alexis Galindo (as authorized on 8/31/23)<br>     Alexis Galindo<br>     Maximiliano Galindo<br>     Attorney for Plaintiff |

**STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIRST CLAIM AGAINST DEFENDANT COUNTY OF BUTTE; FOURTH AND SEVENTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; PLAINTIFF SANDRA SUSNARA'S FIRST, SECOND, THIRD, SIXTH, AND EIGHTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD AGURKIS, AND SGT. DOUGLAS BROWNFIELD; AND ORDER**

1

### <u>ORDER</u>

2     Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY

3  ORDERED as follows:

4     1.  Plaintiffs' First Cause of Action for Deliberate Indifference to Serious Medical Needs, Health

5  Safety against the County is **DISMISSED** from Plaintiffs' Third Amended Complaint with prejudice;

6     2.  Plaintiffs' Fourth Cause of Action for Violation of Title II—ADA, Rehabilitation Act and the

7  California Unruh Act against the County is **DISMISSED** from Plaintiffs' Third Amended Complaint with

8  prejudice;

9     3.  Plaintiffs' Seventh Cause of Action for Medical Negligence-Wrongful Death against the County is

10 **DISMISSED** from Plaintiffs' Third Amended Complaint with prejudice; and

11    4.  Plaintiff Sandra Susnara's individual claims against the County, Sheriff Honea, Lt. Agurkis, and Sgt.

12 Brownfield—as pled in the First, Second, Third, Sixth, and Eighth Causes of action—are **DISMISSED** from

13 Plaintiffs' Third Amended Complaint with prejudice.

14

15 **IT IS SO ORDERED.**

16

17  Dated: September 06, 2023                    /s/ John A. Mendez

18                                       THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIRST CLAIM AGAINST DEFENDANT COUNTY OF BUTTE; FOURTH
AND SEVENTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD
AGURKIS, AND SGT. DOUGLAS BROWNFIELD; PLAINTIFF SANDRA SUSNARA'S FIRST, SECOND, THIRD, SIXTH,
AND EIGHTH CLAIMS AGAINST DEFENDANTS THE COUNTY OF BUTTE, SHERIFF KORY L. HONEA, LT. JARROD
AGURKIS, AND SGT. DOUGLAS BROWNFIELD; AND ORDER**