1

2  ROB BONTA, State Bar No. 202668
   Attorney General of California
3  JAY M. GOLDMAN, State Bar No. 168141
   Supervising Deputy Attorney General
   Kyle A. Lewis, State Bar No. 201041
4  Supervising Deputy Attorney General
   RYAN J. ZALESNY, State Bar No. 281999
5  Deputy Attorney General
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone: (213) 269-6085
7   Fax: (916) 761-3641
    E-mail: Ryan.Zalesny@doj.ca.gov
8  *Attorneys for Defendants R. Burton and M.*
   *Dominguez*

9

                   IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                        SACRAMENTO DIVISION
12

13

14  **NICOLE LYNN LOWE, et al.,**                    2:20-cv-01997-JAM-DMC

15                                  Plaintiffs,      **STIPULATION FOR DISMISSAL WITH**
                                                     **PREJUDICE**
16           v.
                                                     **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**
17
    **COUNTY OF BUTTE, et al.,**                     Courtroom:  Robert T. Matsui United States
18                                                               Courthouse
                                    Defendants.                  501 I Street, Courtroom 6
19                                                               Sacramento, CA 95814
                                                     Judge:      Hon. John A. Mendez
20                                                   Trial Date: March 4, 2024
                                                     Action Filed: October 5, 2020
21

22

23                              **STIPULATION**

24       Following their meet-and-confer prior to California Department of Corrections and

25  Rehabilitation (CDCR) Defendants R. Burton and M. Dominguez's filing of their motion for

26  summary judgment, Plaintiffs Sandra Susnara, Nicole Lowe, and Brant Lowe ("Plaintiffs") and

27  CDCR Defendants R. Burton and M. Dominguez hereby stipulate as follows pursuant to Federal

28  Rule of Civil Procedure 41(a)(1)(A)(ii):

                                         1

1          1.       The Fourth and Ninth Causes of Action in the Third Amended Complaint are

2    dismissed with prejudice as against both CDCR Defendants R. Burton and M. Dominguez;

3          2.       The Eighth and Eleventh Causes of Action in the Third Amended Complaint are

4    dismissed with prejudice as against Defendant Burton; and

5          3.       Because Defendant Burton is only named in the Fourth, Eighth, Ninth, and Eleventh

6    Causes of Action, Defendant Burton is dismissed as a party.

7          **IT IS SO STIPULATED.**

8    Dated:  September 7, 2023                          Respectfully submitted,

9                                                       ROB BONTA
                                                        Attorney General of California
10                                                      JAY M. GOLDMAN
                                                        Supervising Deputy Attorney General
11                                                      KYLE A. LEWIS
                                                        Supervising Deputy Attorney General
12

13

14                                                      ***/s/ Ryan Zalesny***
                                                        RYAN J. ZALESNY
                                                        Deputy Attorney General
15                                                      *Attorneys for Defendants R. Burton and M.*
                                                        *Dominguez*
16

17

18   Dated:  September 7, 2023                          Respectfully submitted,

     CURD, GALINDO & SMITH, LLP
19

20                                                      ***/s/ Alexis Galindo* (as authorized 9/7/23)**
                                                        ALEXIS GALINDO
21                                                      *Attorney for Plaintiffs*

22

23

24

25

26

27

28

                                                    2

**ORDER**

Pursuant to Plaintiffs' and CDCR Defendants R. Burton and M. Dominguez's stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1.      The Fourth and Ninth Causes of Action in the Third Amended Complaint are **DISMISSED** with prejudice as against both CDCR Defendants R. Burton and M. Dominguez;

2.      The Eighth and Eleventh Causes of Action in the Third Amended Complaint are **DISMISSED** with prejudice as against Defendant Burton; and

3.      Because Defendant Burton is only named in the Fourth, Eighth, Ninth, and Eleventh Cause of Action, Defendant Burton is **DISMISSED** as a party.

**IT IS SO ORDERED.**


Dated: September 13, 2023                         /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE