ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:   (562) 624-1178
Email:agalindo@cgsattys.com

<u>Attorneys for Plaintiffs</u>
Nicole Lynn Lowe; Brant I. Lowe. Sandra Jean Susnara; Individually and as Successor in Interest of Nathaniel Lee Lowe; Nathaniel Lee Lowe, Deceased through his Successor in Interest, Sandra Jean Susnara.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF BUTTE, et al.,**<br><br>Defendants. | CASE NO.: 2:20-cv-01997-JAM-DMC<br><br>**ORDER**<br><br>**Re: Substitution of Successor in Interest**<br><br>Action Filed: October 5, 2020 |

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Plaintiff, Brant I. Lowe be **SUBSTITUTED** as the Successor in Interest for Nathaniel Lee Lowe and that the caption on the pleadings be **MODIFIED** to reflect the substitution.

IT IS SO ORDERED.

Dated: September 22, 2023        s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE