ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:    (562) 624-1178
Email:agalindo@cgsattys.com

Attorneys for Plaintiffs
Nicole Lynn Lowe; Brant I. Lowe. Individually ; Nathaniel Lee Lowe, Deceased through his
Successor in Interest, Brant I. Lowe.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,** | CASE NO.: 2:20-cv-01997-JAM-DMC |
| Plaintiffs, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| **COUNTY OF BUTTE, et al.,** | |
| Defendants. | |

**ORDER**

Upon reading the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      The Scheduling Order will be **MODIFIED** as follows:

1

| Event | Current Date | New Date |
|---|---|---|
| Final Pretrial Conference: | 01/16/2024 | **03/19/2024, at 10:00 a.m.** |
| Jury Trial: | 03/4/2023 | **05/06/2024, at 09:00 a.m.** |

All other dates in the present Scheduling Order will remain the same and all other instructions contained in the October 27, 2021, Pretrial Scheduling Order (ECF No. 57) shall remain in effect.

IT IS SO ORDERED.

Dated: December 28, 2023                    /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

2