CURD GALINDO & SMITH, LLP
Alexis Galindo (SBN 136643)
  agalindo@cgsattys.com
Maximiliano A. Galindo (SBN 328187)
  mgalindo@cgsattys.com
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone: (562) 624-1177
Facsimile:  (562) 624-1178

<u>Attorneys for Plaintiffs</u>
Nicole Lynn Lowe; Brant I. Lowe. Individually and as Successor in Interest of Nathaniel Lee Lowe.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE LYNN LOWE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE, et al.,<br><br>    Defendants. | CASE NO.: 2:20-cv-01997-JAM-DMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND THE ENTIRE ACTION.**<br><br><br>Action Filed: October 5, 2020 |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Nicole Lynn Lowe; Brant I. Lowe. Individually and as Successor in Interest of Nathaniel Lee

1

Stipulation for Dismissal   (2:20-cv-01997-JAM-DMC)

Lowe and Defendants Wellpath/California Forensic Medical Group, Mariana Dominguez, County of Butte, Kory L. Honea, Lt. Jarrod Agurkis and Sgt. Douglas Brownfield, by and through their counsel of record, that the above-captioned action shall be dismissed with prejudice. Each party shall bear its/his or her own attorney's fees, costs and expenses. The entire action is now dismissed with prejudice.

Respectfully submitted,

DATED: March 11, 2024  **CURD, GALINDO & SMITH, LLP**

  By: /s/ **Alexis Galindo**
    Alexis Galindo
    Attorneys for Plaintiffs

DATED: March ___, 2024  **CURD, GALINDO & SMITH, LLP**

  By: /s/ **Alexis Galindo**
    Alexis Galindo
    Attorneys for Plaintiffs

DATED: March ___, 2024  **PORTER | SCOTT APC**
  By :
   /s/ Alison J. Southard
   David R. Norton
   Alison J. Southard
   Attorneys for Defendants
   Butte County, Kory L. Honea, Lt. Jarrod Agurkis, and Sgt. Douglas Brownfield

DATED: March 12, 2024  **LAW OFFICES OF JEROME M. VARANINI**

  By: /s/ Jerome M. Varanini
    Jerome M. Varanini
    Attorney For Defendants
    Wellpath/CFMG

1
2
3    DATED: March 12, 2024            /s/ *Kyle Lewis*
4                                     Kyle Lewis
                                      Supervising Deputy Attorney General
5                                     Attorney for Defendant
6                                     *Dominguez*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CURD GALINDO & SMITH, LLP
Alexis Galindo (SBN 136643)
  agalindo@cgsattys.com
Maximiliano A. Galindo (SBN 328187)
  mgalindo@cgsattys.com
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:    (562) 624-1178

<u>Attorneys for Plaintiffs</u>
Nicole Lynn Lowe; Brant I. Lowe. Individually and as Successor in Interest of Nathaniel Lee Lowe.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **NICOLE LYNN LOWE, et al.,** | CASE NO.: 2:20-cv-01997-JAM-DMC |
| Plaintiffs, | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE.** |
| v. | |
| **COUNTY OF BUTTE, et al.,** | |
| Defendants. | |
| | **Action Filed: October 5, 2020** |

### ORDER

Pursuant to Plaintiffs' and Defendants' stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1.    The Entire Action is hereby **DISMISSED** with prejudice.
2.    Each party shall bear it's, his or her own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: March 13, 2024         /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE